NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-5072, -5082

AMBER RESOURCES COMPANY, AERA ENERGY LLC,
OGLE PETROLEUM INC., OLAC RESOURCES LLC,
POSEIDON PETROLEUM LLC, TOTAL E&P USA, INC.,
PLAINS EXPLORATION & PRODUCTION CO., NOBLE ENERGY, INC.,
ANADARKO E&P COMPANY LP, DEVON ENERGY PRODUCTION COMPANY, L.P.,
and NYCAL OFFSHORE DEVELOPMENT CORPORATION,

Plaintiffs,

and

DELTA PETROLEUM CORPORATION,

Plaintiff-Cross Appellant,

v.

UNITED STATES,

Defendant-Appellant.

Appeals from the United States Court of Federal Claims in 02-CV-30, 04-CV-1822, and 05-CV-249, Senior Judge Eric G. Bruggink.

ON MOTION

<u>ORDER</u>

Upon consideration of the unopposed motion to reform the caption and designate

NYCAL Offshore Development Corporation as a plaintiff,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above.

FOR THE COURT

JUN 1 6 2009
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 16 2009

JAN HORBALY
CLERK

cc:     Steven J. Rosenbaum, Esq.
        Gregg M. Schwind, Esq.
        Jeffrey E. Glen, Esq.

s8